SCJ/RAZ: BDF/ABS
F. #201401633

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MIRIAM WILENSKY,

        Defendant.

- - - - - - - - - - - - - - - -X

WAIVER OF INDICTMENT

Criminal Docket No. 15-0055 (RRM)

I, MIRIAM WILENSKY, the above named defendant who is accused of knowingly and intentional conspiring to execute schemes and artifices to defraud health care benefit programs, to wit: Medicare and Medicaid, and obtaining, by means of materially false and fraudulent pretenses, representations and promises, money and property owned by and under the custody and control of said health care benefit programs in connection with the delivery of and payment for health care benefits, items and services, in violation of Title 18, United States Code, Section 1349; being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                      MIRIAM WILENSKY
                                                      Defendant

                                                      Ronald P. Fischetti, Esq.
                                                      Counsel for Defendant

Dated:      February 20, 2015

Before:        s/James Orenstein
                THE HONORABLE JAMES ORENSTEIN
                UNITED STATES MAGISTRATE JUDGE