U.S. Department of Justice

United States Attorney
Eastern District of New York

RAZ:BDF/ABS
F.#2014R01633

271 Cadman Plaza East
Brooklyn, New York 11201

March 23, 2015

**By Hand and ECF**

The Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Miriam Wilensky
                  Criminal Docket No. 15-cr-055 (RRM)

Dear Judge Mauskopf:

       The defendant Miriam Wilensky pleaded guilty before the Honorable James Orenstein on February 20, 2015. A copy of the transcript of that plea hearing is attached. The government respectfully requests that the Court review the defendant's guilty plea allocution and that the Court formally accept the defendant's guilty plea. Defense counsel has no objection to this application or to the proposed order.

                                                      Respectfully submitted,

                                                        LORETTA E. LYNCH
                                                        United States Attorney
                                                        Eastern District of New York

                             By:       /s/
                                                        Bryan Fields
                                                        A. Brendan Stewart
                                                         Trial Attorneys
                                                        U.S. Department of Justice
                                                       Criminal Division, Fraud Section

Cc:    Clerk of the Court (RRM) (By ECF)
        Defense Counsel (By ECF)